```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MICHAEL MYERS,

                Plaintiff,           06 Civ. 14420 (RWS)

    -against-                        MEMORANDUM OPINION
                                         AND ORDER
ANN ANDZEL,

                Defendant.
------------------------------------X
```

**Sweet, D.J.**

Plaintiff Michael Myers ("Plaintiff" or "Myers") has filed, on August 30, 2007, a motion to require the United States Marshals Service serve subpoenas upon two non-parties to this action (docket no. 41). Plaintiff having failed to obtain subpoenas from the Clerk's office, the motion is denied at this time. Plaintiff is directed to contact the Pro Se office to assist in the preparation of any subpoenas he wishes to serve.

It is so ordered.

**New York, NY**
**February/   2008**

_____
ROBERT W. SWEET
U.S.D.J.

1